# EXHIBIT C

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

<u>**U.S. Patent No. 7,818,569**</u>

Target technology: Intrinsic ID's QuiddiKey SRAM PUF and BroadKey SRAM PUF

| Claim | Mapping to Target Technology |
|---|---|
| **[1.pre]** A method comprising: | To the extent the preamble is limiting, the target technology comprises a method. <br><br> Intrinsic ID (now Synopsys) makes, uses, sells, and/or offers for sale its QuiddiKey and BroadKey (SRAM PUF) products that repeatedly generate a device-specific value. <br><br> The target technology relies on Static Random Access Memory (SRAM) Physical unclonable function (PUF) technology that reads the state of an SRAM cell upon start up. Each SRAM cell has random differences in threshold voltages resulting in a unique and random pattern of 0s and 1s for a collection of SRAM cells. <br><br> <br><br> Intrinsic ID Fact Sheet |
| **[1.a]** generating a digital value in an integrated circuit | The target technology performs the step of generating a digital value in an integrated circuit that depends on circuit characteristics that vary due to fabrication variations among a plurality of like integrated circuits. |

Page 1

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| that depends on circuit characteristics that vary due to fabrication variations among a plurality of like integrated circuits; and | Generating **a digital value** (PUF Key) in an **integrated circuit** (chip including SRAM cells)…<br><br>Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>Each time the device runs an authentication protocol and needs the secret PUF key, a new noisy PUF measurement is carried out. Then the PUF key (without noise) is extracted from the AC and this new PUF response. This is called the reconstruction phase. The error correction algorithms have been designed to reconstruct the key with a typical error rate of less than $10^{-12}$. [3] Both enrollment and reconstruction phases are illustrated in Figure 2.<br><br>Intrinsic ID White Paper<br><br>… that depends on **circuit characteristics that vary due to fabrication variations** (process variation) among a plurality of like integrated circuits (among like SRAM cells)**:** |

Case 2:26-cv-00400-JRG  Document 1-3  Filed 05/15/26  Page 4 of 51 PageID #: 185

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  |

<div align="center">

Intrinsic ID Fact Sheet

</div>

The target technology comprises hardware/software that generates a digital value in an integrated circuit that depends on circuit characteristics that vary due to fabrication variations among a plurality of like integrated circuits in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents.

Page 3

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  |  |
| **[1.b]** applying a data access function that uses as an input the generated digital value to access protected information stored in the integrated circuit; | The target technology performs the step of applying a data access function that uses as an input the generated digital value to access protected information stored in the integrated circuit.<br><br>**A data access function** (Secure Key Storage, Authentication) is applied using the **generated digital value** (PUF key) to access **protected information** (keys / sensitive assets / sensitive data on chip) **stored in the integrated circuit** (chip including SRAM cells):<br><br><br>**Keeping keys and sensitive assets safe from attackers with the Intrinsic ID PUF technology**<br><br>Intrinsic ID Article: Intrinsic ID Reports Strong Growth in 2020 for Its Semiconductor Security Solution as COVID Accelerates Shift to Online Working and Learning |

Page 4

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | <br><br>**Creating a key vault with an SRAM PUF**<br><br>When we have this root key from the SRAM PUF, what is the next step to create the root of trust? The next step is to utilize the SRAM PUF key for creating an embedded key vault to protect all secret data on a device. The keys protected by this vault are required for the higher-level services and applications of the device. Thus, the key vault enables security applications such as authentication, message encryption, software/firmware encryption and much more.<br><br>Intrinsic ID Article: Basics of SRAM PUF and how to deploy it for IoT security |

Page 5

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | ### Privacy Amplification and Security<br><br>Secret keys provide security based on the fact that they are completely random and hence unpredictable. Physical measurements, such as PUF responses, have a high degree of randomness, but are usually not completely uniformly random. Privacy amplification is used to generate uniformly random keys.<br><br>By combining error correction and privacy amplification, a 1kByte SRAM PUF response can be turned into a 256-bit uniformly random key, only approximately 0.5 kByte of SRAM PUF response data is needed for a 128-bit key with full randomness. A typical SRAM PUF contains so much entropy that only a few dozen bytes are needed to provide a collision-free, globally unique identifier that can be used as a unique (but noisy) electronic chip ID (ECID) or as a serial number.<br><br>### SRAM PUF Implementation – BK Software & QuiddiKey<br><br>Intrinsic ID has bundled the above error correction, randomness extraction, security countermeasures and anti-aging techniques into its products. They extract cryptographic keys from the SRAM PUF in a very secure manner and are available as hardware IP (netlist) called QuiddiKey®, firmware (ANSI C Code) called BK™, or a combination of these. Hybrid solutions, combining hardware and software, offer great efficiency when already integrated hardware accelerators, such as for (a-)symmetric cryptography, are used in combination with SRAM PUF technology. |

Page 6

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  | Software reference implementations start from 4KB of code and are available for major platforms, such as ARM®, ARC®, Intel®, MIPS and RISC-V. Software implementations can be used to add PUF technology to existing products by a firmware upgrade. Intrinsic ID also provides versions of BK that are pre-integrated with ARM® TrustZone®.<br><br>Both QuiddiKey hardware and BK software solutions can be optimized for low footprint, low latency, or low memory use, depending on the application. Re-using or integrating with existing crypto cores and random number generators can further enhance performance and reduce footprint. Intrinsic ID solutions come with comprehensive product specifications and integration guidelines including reference code that illustrates usage of the API offered to the application programmer. The cryptographic algorithms are NIST-recommended or FIPS approved, and implementations have been CAVP certified. The Intrinsic ID solutions have been deployed and proven in hundreds of millions of devices certified by EMVCo, Visa, CC EAL6+, PSA, ioXt, and governments across the globe.<br><br><u>Intrinsic ID White Paper</u><br><br>**Featured Products**<br>**QuiddiKey® Hardware IP**<br>Hardware root-of-trust IP which allows chip designers to create, wrap and manage keys based on SRAM PUF. This NIST-compliant IP core has earned its stripes from massive volume IoT deployments to high security payment systems and aerospace & defense applications. |

Page 7

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Use Cases**<br>• Secure Key Storage<br>• Authentication<br>• Flexible Key Provisioning<br>• Anti-counterfeiting<br>• IP Binding<br>• Supply Chain Protection<br><br>**Operating Specifications**<br>• 256- or 128-bit key entropy<br>• Highly reliable in a wide range of operational environments and across all foundries and process node<br>• Lifetime > 25 years<br><br>Intrinsic ID Fact Sheet<br><br>The target technology comprises hardware/software that applies a data access function that uses as an input the generated digital value to access protected information stored in the integrated circuit in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **[1.c]** wherein the steps of generating the digital value and using the digital value are repeated without requiring storage of the digital value between repetitions. | The target technology additionally generates the digital value and using the digital value are repeated without requiring storage of the digital value between repetitions.<br><br>Keys that are derived from the SRAM PUF are not stored 'on the chip' but they are extracted 'from the chip,' only when they are needed. In this way they are only present in the chip during a very short time window. When the SRAM is not powered there is no key present on the chip, which makes the solution very secure.<br><br>Intrinsic ID White Paper<br><br>The target technology comprises hardware/software that does <u>not</u> require non-volatile storage of the digital value between repetitions of the generating and use of the digital value in the integrated circuit in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 2** | |
| **2.** The method of claim 1 wherein the plurality of like integrated circuits includes integrated circuits fabricated according to a common design. | The target technology includes integrated circuits fabricated according to a common design. |

Page 9

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  |

Intrinsic ID Fact Sheet

The target technology comprises hardware/software SRAM cells fabricated according to a common design in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents.

Page 10

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | |
| Claim 3 | |
| **3.** The method of claim 2 wherein the plurality of like integrated circuits includes integrated circuits fabricated according to a common lithography mask. | The target technology performs the method according to **claim 1** and includes integrated circuits fabricated according to a common lithography mask.<br><br>As described in **claims 1 and 2, and specifically in claim element 1.a.**, *supra*, and incorporated by reference herein, each SRAM cell is fabricated according to a common lithography mask with unique properties that are used to generate the digital value for the integrated circuit (chip including SRAM cells).<br><br>**What is an SRAM PUF?**<br><br>A PUF utilizes deep submicron variations that occur naturally during semiconductor production, and which give each transistor slightly random electric properties.  These unique properties form the basis of a chip's unique identity.<br><br>An SRAM PUF is based on the behavior of standard SRAM memory that is available in any digital chip. Every SRAM cell has its own preferred state every time the SRAM is powered, resulting from random differences in the transistor threshold voltages. Hence, when powering SRAM memories every memory will yield a unique and random pattern of 0s and 1s. These patterns are like chip fingerprints, because each one is unique to a particular SRAM and hence to a particular chip. |

Page 11

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | Intrinsic ID Article: Basics of SRAM PUF and how to deploy it for IoT security  Intrinsic ID Fact Sheet |

Page 12

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **SRAM PUF Behavior**<br><br>An SRAM memory consists of a number of SRAM cells. Each SRAM cell consists of two cross-coupled inverters that each are built up by a p- and n-MOS transistor. When power is applied to an SRAM cell, its logical state is determined by the relation between the threshold voltages of the p-MOS transistors in the invertors. The transistor that starts conducting first determines the outcome, a logical '0' or '1'.<br><br>It turns out that every SRAM cell has its own preferred state every time the SRAM is powered resulting from the random differences in the threshold voltages. This preference is independent from the preference of the neighboring cells and independent of the location of the cell on the chip or on the wafer.<br><br>Intrinsic ID White Paper<br><br>The target technology comprises integrated circuits fabricated according to a common lithography mask in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 4** | |
| **4.** The method of claim 1 wherein the protected information includes data protected using a key value. | The target technology performs the method according to **claim 1** and performs the step of applying a data access function that uses as an input the generated digital value to access protected information stored in the integrated circuit, where the protected information includes data protected using a key value.<br><br>As described in **claim element 1.b.**, *supra*, and incorporated by reference herein, protected information includes **data** (sensitive assets) protected using a **key value** (wrapped / cryptographic key): |

Page 13

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Keeping keys and sensitive assets safe from attackers with the Intrinsic ID PUF technology**<br><br>Intrinsic ID Article: Intrinsic ID Reports Strong Growth in 2020 for Its Semiconductor Security Solution as COVID Accelerates Shift to Online Working and Learning |

Page 14

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|-------|------------------------------|
|       | **Creating a key vault with an SRAM PUF**<br><br>When we have this root key from the SRAM PUF, what is the next step to create the root of trust? The next step is to utilize the SRAM PUF key for creating an embedded key vault to protect all secret data on a device. The keys protected by this vault are required for the higher-level services and applications of the device. Thus, the key vault enables security applications such as authentication, message encryption, software/firmware encryption and much more. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  |

- Wrap: The wrap operation converts an externally provided key to a key code (KC), which is an encrypted and authenticated version of the original key. Because of this protection, the KC can be stored unprotected in the plain. The KC will allow the original key to be accessed only on the device on which it was "wrapped."

*Figure 6. Create a key code to securely store a key*

- Unwrap: The unwrap operation is the reverse of the wrap operation, so it converts a KC back into the original key that was wrapped, after verifying its authenticity.

*Figure 7. Retrieve a stored key with a key code*

Page 16

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | A crucial property of multiple generated application keys is that they are cryptographically separated, i.e., they should be generated in such a way that the disclosure of a particular derived key does not affect the security strength of any other derived key. This means that simplistic generation methods (e.g., applying simple arithmetic operations or using overlapping portions of a secret) are out of the question. Instead, a cryptographically secure key derivation function (KDF) should be used, which uses cryptographic primitives (e.g., AES or SHA-256) to ensure cryptographic separation between its outputs. Hence, utilizing a well-implemented KDF will ensure that a virtually unlimited number of keys can be derived from a single SRAM PUF instance.<br><br>Intrinsic ID Article: Basics of SRAM PUF and how to deploy it for IoT security<br><br>The target technology comprises hardware/software applies a data access function that uses as an input the generated digital value to access protected information stored in the integrated circuit, where the protected information includes data protected using a key value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 5** ||
| **5.** The method of claim 1 wherein applying the data access function | The target technology performs the method according to **claim 1** and applies the data access function using the generated digital value as the input by determining cryptographic data using the digital value. |

Page 17

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| that uses as an input the generated digital value includes determining cryptographic data using the digital value. | As described in **claim element 1.b.**, *supra*, and incorporated by reference herein, applying the **data access function** (Secure Key Storage, Authentication) using the **generated digital value** (PUF key) as an input with the target technology includes determining **cryptographic data** (wrapped / cryptographic keys) using the digital value:<br><br>**Creating a key vault with an SRAM PUF**<br><br>When we have this root key from the SRAM PUF, what is the next step to create the root of trust? The next step is to utilize the SRAM PUF key for creating an embedded key vault to protect all secret data on a device. The keys protected by this vault are required for the higher-level services and applications of the device. Thus, the key vault enables security applications such as authentication, message encryption, software/firmware encryption and much more. |

Page 18

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  |

- Wrap: The wrap operation converts an externally provided key to a key code (KC), which is an encrypted and authenticated version of the original key. Because of this protection, the KC can be stored unprotected in the plain. The KC will allow the original key to be accessed only on the device on which it was "wrapped."

*Figure 6. Create a key code to securely store a key*

- Unwrap: The unwrap operation is the reverse of the wrap operation, so it converts a KC back into the original key that was wrapped, after verifying its authenticity.

*Figure 7. Retrieve a stored key with a key code*

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | A crucial property of multiple generated application keys is that they are cryptographically separated, i.e., they should be generated in such a way that the disclosure of a particular derived key does not affect the security strength of any other derived key. This means that simplistic generation methods (e.g., applying simple arithmetic operations or using overlapping portions of a secret) are out of the question. Instead, a cryptographically secure key derivation function (KDF) should be used, which uses cryptographic primitives (e.g., AES or SHA-256) to ensure cryptographic separation between its outputs. Hence, utilizing a well-implemented KDF will ensure that a virtually unlimited number of keys can be derived from a single SRAM PUF instance.<br><br>Intrinsic ID Article: Basics of SRAM PUF and how to deploy it for IoT security |

Page 20

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Privacy Amplification and Security**<br><br>Secret keys provide security based on the fact that they are completely random and hence unpredictable. Physical measurements, such as PUF responses, have a high degree of randomness, but are usually not completely uniformly random. Privacy amplification is used to generate uniformly random keys.<br><br>By combining error correction and privacy amplification, a 1kByte SRAM PUF response can be turned into a 256-bit uniformly random key, only approximately 0.5 kByte of SRAM PUF response data is needed for a 128-bit key with full randomness. A typical SRAM PUF contains so much entropy that only a few dozen bytes are needed to provide a collision-free, globally unique identifier that can be used as a unique (but noisy) electronic chip ID (ECID) or as a serial number.<br><br>**SRAM PUF Implementation – BK Software & QuiddiKey**<br><br>Intrinsic ID has bundled the above error correction, randomness extraction, security countermeasures and anti-aging techniques into its products. They extract cryptographic keys from the SRAM PUF in a very secure manner and are available as hardware IP (netlist) called QuiddiKey®, firmware (ANSI C Code) called BK™, or a combination of these. Hybrid solutions, combining hardware and software, offer great efficiency when already integrated hardware accelerators, such as for (a-)symmetric cryptography, are used in combination with SRAM PUF technology. |

Page 21

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  | Software reference implementations start from 4KB of code and are available for major platforms, such as ARM®, ARC®, Intel®, MIPS and RISC-V. Software implementations can be used to add PUF technology to existing products by a firmware upgrade. Intrinsic ID also provides versions of BK that are pre-integrated with ARM® TrustZone®.<br><br>Both QuiddiKey hardware and BK software solutions can be optimized for low footprint, low latency, or low memory use, depending on the application. Re-using or integrating with existing crypto cores and random number generators can further enhance performance and reduce footprint. Intrinsic ID solutions come with comprehensive product specifications and integration guidelines including reference code that illustrates usage of the API offered to the application programmer. The cryptographic algorithms are NIST-recommended or FIPS approved, and implementations have been CAVP certified. The Intrinsic ID solutions have been deployed and proven in hundreds of millions of devices certified by EMVCo, Visa, CC EAL6+, PSA, ioXt, and governments across the globe.<br><br>Intrinsic ID White Paper<br><br>**Featured Products**<br>**QuiddiKey® Hardware IP**<br>Hardware root-of-trust IP which allows chip designers to create, wrap and manage keys based on SRAM PUF. This NIST-compliant IP core has earned its stripes from massive volume IoT deployments to high security payment systems and aerospace & defense applications. |

Page 22

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  | **Use Cases**<br>• Secure Key Storage<br>• Authentication<br>• Flexible Key Provisioning<br>• Anti-counterfeiting<br>• IP Binding<br>• Supply Chain Protection<br><br>**Operating Specifications**<br>• 256- or 128-bit key entropy<br>• Highly reliable in a wide range of operational environments and across all foundries and process node<br>• Lifetime > 25 years<br><br>Intrinsic ID Fact Sheet<br><br>The target technology comprises hardware/software that determines a cryptographic value using the digital value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same |

Page 23

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **6.** The method of claim 5 wherein determining the cryptographic data includes determining a key value. | The target technology performs the method according to **claim 5** and determines cryptographic data using the digital value by determining a key value.<br><br>As described in **claim 5**, *supra*, and incorporated by reference herein, determining **cryptographic data** (wrapped / cryptographic keys) using the digital value includes determining a **key value** (wrapped / cryptographic key):<br><br>**Creating a key vault with an SRAM PUF**<br><br>When we have this root key from the SRAM PUF, what is the next step to create the root of trust? The next step is to utilize the SRAM PUF key for creating an embedded key vault to protect all secret data on a device. The keys protected by this vault are required for the higher-level services and applications of the device. Thus, the key vault enables security applications such as authentication, message encryption, software/firmware encryption and much more. |

Page 24

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  |

- Wrap: The wrap operation converts an externally provided key to a key code (KC), which is an encrypted and authenticated version of the original key. Because of this protection, the KC can be stored unprotected in the plain. The KC will allow the original key to be accessed only on the device on which it was "wrapped."

*Figure 6. Create a key code to securely store a key*

- Unwrap: The unwrap operation is the reverse of the wrap operation, so it converts a KC back into the original key that was wrapped, after verifying its authenticity.

*Figure 7. Retrieve a stored key with a key code*

Page 25

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | A crucial property of multiple generated application keys is that they are cryptographically separated, i.e., they should be generated in such a way that the disclosure of a particular derived key does not affect the security strength of any other derived key. This means that simplistic generation methods (e.g., applying simple arithmetic operations or using overlapping portions of a secret) are out of the question. Instead, a cryptographically secure key derivation function (KDF) should be used, which uses cryptographic primitives (e.g., AES or SHA-256) to ensure cryptographic separation between its outputs. Hence, utilizing a well-implemented KDF will ensure that a virtually unlimited number of keys can be derived from a single SRAM PUF instance. <br><br> Intrinsic ID Article: Basics of SRAM PUF and how to deploy it for IoT security <br><br> The target technology comprises hardware/software that determines a key value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 7** ||
| **7.** The method of claim 6 wherein applying the data access function that uses as an input the generated | The target technology performs the method according to **claim 6** and performs the step of applying the data access function that uses the generated digital value as the input by using the determined key to decrypt the protected information. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| digital value includes using the determined key to decrypt the protected information. | As described in **claim 6**, *supra*, and incorporated by reference herein, the target technology uses the **determined key** (wrapped / cryptographic keys) to decrypt the **protected information** (sensitive assets).<br><br><br><br>**Keeping keys and sensitive assets safe from attackers with the Intrinsic ID PUF technology**<br><br>Intrinsic ID Article: Intrinsic ID Reports Strong Growth in 2020 for Its Semiconductor Security Solution as COVID Accelerates Shift to Online Working and Learning |

Page 27

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Privacy Amplification and Security**<br><br>Secret keys provide security based on the fact that they are completely random and hence unpredictable. Physical measurements, such as PUF responses, have a high degree of randomness, but are usually not completely uniformly random. Privacy amplification is used to generate uniformly random keys.<br><br>By combining error correction and privacy amplification, a 1kByte SRAM PUF response can be turned into a 256-bit uniformly random key, only approximately 0.5 kByte of SRAM PUF response data is needed for a 128-bit key with full randomness. A typical SRAM PUF contains so much entropy that only a few dozen bytes are needed to provide a collision-free, globally unique identifier that can be used as a unique (but noisy) electronic chip ID (ECID) or as a serial number.<br><br>**SRAM PUF Implementation – BK Software & QuiddiKey**<br><br>Intrinsic ID has bundled the above error correction, randomness extraction, security countermeasures and anti-aging techniques into its products. They extract cryptographic keys from the SRAM PUF in a very secure manner and are available as hardware IP (netlist) called QuiddiKey®, firmware (ANSI C Code) called BK™, or a combination of these. Hybrid solutions, combining hardware and software, offer great efficiency when already integrated hardware accelerators, such as for (a-)symmetric cryptography, are used in combination with SRAM PUF technology. |

Page 28

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | Software reference implementations start from 4KB of code and are available for major platforms, such as ARM®, ARC®, Intel®, MIPS and RISC-V. Software implementations can be used to add PUF technology to existing products by a firmware upgrade. Intrinsic ID also provides versions of BK that are pre-integrated with ARM® TrustZone®.<br><br>Both QuiddiKey hardware and BK software solutions can be optimized for low footprint, low latency, or low memory use, depending on the application. Re-using or integrating with existing crypto cores and random number generators can further enhance performance and reduce footprint. Intrinsic ID solutions come with comprehensive product specifications and integration guidelines including reference code that illustrates usage of the API offered to the application programmer. The cryptographic algorithms are NIST-recommended or FIPS approved, and implementations have been CAVP certified. The Intrinsic ID solutions have been deployed and proven in hundreds of millions of devices certified by EMVCo, Visa, CC EAL6+, PSA, ioXt, and governments across the globe.<br><br><u>Intrinsic ID White Paper</u><br><br>**Featured Products**<br>**QuiddiKey® Hardware IP**<br>Hardware root-of-trust IP which allows chip designers to create, wrap and manage keys based on SRAM PUF. This NIST-compliant IP core has earned its stripes from massive volume IoT deployments to high security payment systems and aerospace & defense applications. |

Page 29

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Use Cases**<br>• Secure Key Storage<br>• Authentication<br>• Flexible Key Provisioning<br>• Anti-counterfeiting<br>• IP Binding<br>• Supply Chain Protection<br><br>**Operating Specifications**<br>• 256- or 128-bit key entropy<br>• Highly reliable in a wide range of operational environments and across all foundries and process node<br>• Lifetime > 25 years<br><br>Intrinsic ID Fact Sheet<br><br>The target technology comprises hardware/software that uses the determined key to decrypt the protected information in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Claim 8** |
| **8.** The method of claim 1 wherein applying the data access function that uses as an input the generated digital value further includes performing at least one of allowing an operation on the device, authenticating the device, decrypting data, and encrypting data. | The target technology performs the method according to **claim 1** and performs the step of performing at least one of allowing an operation on the device, authenticating the device, decrypting data, and encrypting data.<br><br>As described in **claim element 1.b.**, *supra*, and incorporated by reference herein, the target technology applies the data access function using the generated digital value to **allow an operation on the device** (identification), **authenticating the device** (authentication), **encrypting data, and decrypting data** (protecting secret data on a device).<br><br> |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|-------|------------------------------|
| | **Creating a key vault with an SRAM PUF**<br><br>When we have this root key from the SRAM PUF, what is the next step to create the root of trust? The next step is to utilize the SRAM PUF key for creating an embedded key vault to protect all secret data on a device. The keys protected by this vault are required for the higher-level services and applications of the device. Thus, the key vault enables security applications such as authentication, message encryption, software/firmware encryption and much more.<br><br>Intrinsic ID Article: Basics of SRAM PUF and how to deploy it for IoT security<br><br>**Privacy Amplification and Security**<br><br>Secret keys provide security based on the fact that they are completely random and hence unpredictable. Physical measurements, such as PUF responses, have a high degree of randomness, but are usually not completely uniformly random. Privacy amplification is used to generate uniformly random keys.<br><br>By combining error correction and privacy amplification, a 1kByte SRAM PUF response can be turned into a 256-bit uniformly random key, only approximately 0.5 kByte of SRAM PUF response data is needed for a 128-bit key with full randomness. A typical SRAM PUF contains so much entropy that only a few dozen bytes are needed to provide a collision-free, globally unique identifier that can be used as a unique (but noisy) electronic chip ID (ECID) or as a serial number. |

Page 32

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|-------|------------------------------|
|  | **SRAM PUF Implementation – BK Software & QuiddiKey**<br><br>Intrinsic ID has bundled the above error correction, randomness extraction, security countermeasures and anti-aging techniques into its products. They extract cryptographic keys from the SRAM PUF in a very secure manner and are available as hardware IP (netlist) called QuiddiKey®, firmware (ANSI C Code) called BK™, or a combination of these. Hybrid solutions, combining hardware and software, offer great efficiency when already integrated hardware accelerators, such as for (a-)symmetric cryptography, are used in combination with SRAM PUF technology.<br><br>Software reference implementations start from 4KB of code and are available for major platforms, such as ARM®, ARC®, Intel®, MIPS and RISC-V. Software implementations can be used to add PUF technology to existing products by a firmware upgrade. Intrinsic ID also provides versions of BK that are pre-integrated with ARM® TrustZone®.<br><br>Both QuiddiKey hardware and BK software solutions can be optimized for low footprint, low latency, or low memory use, depending on the application. Re-using or integrating with existing crypto cores and random number generators can further enhance performance and reduce footprint. Intrinsic ID solutions come with comprehensive product specifications and integration guidelines including reference code that illustrates usage of the API offered to the application programmer. The cryptographic algorithms are NIST-recommended or FIPS approved, and implementations have been CAVP certified. The Intrinsic ID solutions have been deployed and proven in hundreds of millions of devices certified by EMVCo, Visa, CC EAL6+, PSA, ioXt, and governments across the globe.<br><br><div align="center">Intrinsic ID White Paper</div> |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Featured Products**<br><br>**QuiddiKey® Hardware IP**<br><br>Hardware root-of-trust IP which allows chip designers to create, wrap and manage keys based on SRAM PUF. This NIST-compliant IP core has earned its stripes from massive volume IoT deployments to high security payment systems and aerospace & defense applications. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Use Cases**<br>• Secure Key Storage<br>• Authentication<br>• Flexible Key Provisioning<br>• Anti-counterfeiting<br>• IP Binding<br>• Supply Chain Protection<br><br>**Operating Specifications**<br>• 256- or 128-bit key entropy<br>• Highly reliable in a wide range of operational environments and across all foundries and process node<br>• Lifetime > 25 years<br><br>Intrinsic ID Fact Sheet<br><br>The target technology comprises hardware/software that performs a cryptographic function on information stored in the integrated circuit using the determined cryptographic key in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 9** | |
| **[9.pre]** A method comprising: | To the extent the preamble is limiting, the target technology comprises a method.<br><br>Intrinsic ID (now Synopsys) makes, uses, sells, and/or offers for sale its QuiddiKey and BroadKey (SRAM PUF) products that repeatedly generate a device-specific value.<br><br>The target technology relies on Static Random Access Memory (SRAM) Physical unclonable function (PUF) technology that reads the state of an SRAM cell upon start up.  Each SRAM cell has random differences in threshold voltages resulting in a unique and random pattern of 0s and 1s for a collection of SRAM cells.<br><br><br><br>Intrinsic ID Fact Sheet |
| **[9.a]** applying a key generation | The target technology performs the step of applying a key generation function to determine a cryptographic key in an integrated circuit based on an input to the key generation function that includes a first digital value generated in |

Page 36

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| function to determine a cryptographic key in an integrated circuit based on an input to the key generation function that includes a first digital value generated in the integrated circuit such that the first digital value depends on circuit parameters that vary due to fabrication variations among like integrated circuits; and | the integrated circuit such that the first digital value depends on circuit parameters that vary due to fabrication variations among like integrated circuits.<br><br>**A key generation function** (PUF Algorithm) **that determines a cryptographic key** in an integrated circuit (PUF Key):<br><br><br><br>Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>**Error Correction**<br><br>Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created.<br><br>Intrinsic ID White Paper |

Page 37

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | …based on **an input to the key generation function that includes a first digital value generated in the integrated circuit:**<br><br><br><br>Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>Each time the device runs an authentication protocol and needs the secret PUF key, a new noisy PUF measurement is carried out. Then the PUF key (without noise) is extracted from the AC and this new PUF response. This is called the reconstruction phase. The error correction algorithms have been designed to reconstruct the key with a typical error rate of less than $10^{-12}$. [3] Both enrollment and reconstruction phases are illustrated in Figure 2.<br><br>Intrinsic ID White Paper<br><br>…such that **the first digital value depends on circuit parameters that vary due to fabrication variations among like integrated circuits:** |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | <br><br>Intrinsic ID Fact Sheet<br><br>The target technology comprises hardware/software that performs the application a key generation function to determine a cryptographic key in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | |
| **[9.b.]** performing a cryptographic function on information stored in the integrated circuit using the determined cryptographic key; | The target technology performs the step of performing a cryptographic function on information stored in the integrated circuit using the determined cryptographic key.<br><br>**A cryptographic function** (Secure Key Storage, Authentication) is performed using the **determined cryptographic key** (PUF key) to access **information** (keys / sensitive assets / sensitive data on chip) **stored in the integrated circuit** (chip including SRAM cells):<br><br><br>**Keeping keys and sensitive assets safe from attackers with the Intrinsic ID PUF technology**<br><br><br>Intrinsic ID Article: Intrinsic ID Reports Strong Growth in 2020 for Its Semiconductor Security Solution as COVID Accelerates Shift to Online Working and Learning |

Page 40

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | <br><br>**Creating a key vault with an SRAM PUF**<br><br>When we have this root key from the SRAM PUF, what is the next step to create the root of trust? The next step is to utilize the SRAM PUF key for creating an embedded key vault to protect all secret data on a device. The keys protected by this vault are required for the higher-level services and applications of the device. Thus, the key vault enables security applications such as authentication, message encryption, software/firmware encryption and much more.<br><br>Intrinsic ID Article: Basics of SRAM PUF and how to deploy it for IoT security |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Privacy Amplification and Security**<br><br>Secret keys provide security based on the fact that they are completely random and hence unpredictable. Physical measurements, such as PUF responses, have a high degree of randomness, but are usually not completely uniformly random. Privacy amplification is used to generate uniformly random keys.<br><br>By combining error correction and privacy amplification, a 1kByte SRAM PUF response can be turned into a 256-bit uniformly random key, only approximately 0.5 kByte of SRAM PUF response data is needed for a 128-bit key with full randomness. A typical SRAM PUF contains so much entropy that only a few dozen bytes are needed to provide a collision-free, globally unique identifier that can be used as a unique (but noisy) electronic chip ID (ECID) or as a serial number.<br><br>**SRAM PUF Implementation – BK Software & QuiddiKey**<br><br>Intrinsic ID has bundled the above error correction, randomness extraction, security countermeasures and anti-aging techniques into its products. They extract cryptographic keys from the SRAM PUF in a very secure manner and are available as hardware IP (netlist) called QuiddiKey®, firmware (ANSI C Code) called BK™, or a combination of these. Hybrid solutions, combining hardware and software, offer great efficiency when already integrated hardware accelerators, such as for (a-)symmetric cryptography, are used in combination with SRAM PUF technology. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | Software reference implementations start from 4KB of code and are available for major platforms, such as ARM®, ARC®, Intel®, MIPS and RISC-V. Software implementations can be used to add PUF technology to existing products by a firmware upgrade. Intrinsic ID also provides versions of BK that are pre-integrated with ARM® TrustZone®.<br><br>Both QuiddiKey hardware and BK software solutions can be optimized for low footprint, low latency, or low memory use, depending on the application. Re-using or integrating with existing crypto cores and random number generators can further enhance performance and reduce footprint. Intrinsic ID solutions come with comprehensive product specifications and integration guidelines including reference code that illustrates usage of the API offered to the application programmer. The cryptographic algorithms are NIST-recommended or FIPS approved, and implementations have been CAVP certified. The Intrinsic ID solutions have been deployed and proven in hundreds of millions of devices certified by EMVCo, Visa, CC EAL6+, PSA, ioXt, and governments across the globe.<br><br>Intrinsic ID White Paper<br><br>**Featured Products**<br>**QuiddiKey® Hardware IP**<br>Hardware root-of-trust IP which allows chip designers to create, wrap and manage keys based on SRAM PUF. This NIST-compliant IP core has earned its stripes from massive volume IoT deployments to high security payment systems and aerospace & defense applications. |

Page 43

**ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Use Cases**<br>• Secure Key Storage<br>• Authentication<br>• Flexible Key Provisioning<br>• Anti-counterfeiting<br>• IP Binding<br>• Supply Chain Protection<br><br>**Operating Specifications**<br>• 256- or 128-bit key entropy<br>• Highly reliable in a wide range of operational environments and across all foundries and process node<br>• Lifetime > 25 years<br><br>Intrinsic ID Fact Sheet<br><br>The target technology comprises hardware/software that performs a cryptographic function on information stored in the integrated circuit using the determined cryptographic key in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  | described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **[9.c.]** wherein the method does not require non-volatile storage of the cryptographic key in the integrated circuit. | The target technology additionally performs the step of regenerating the first value from an output of the first component and the error correction value.<br><br>Keys that are derived from the SRAM PUF are not stored 'on the chip' but they are extracted 'from the chip,' only when they are needed. In this way they are only present in the chip during a very short time window. When the SRAM is not powered there is no key present on the chip, which makes the solution very secure.<br><br>Intrinsic ID White Paper<br><br>The target technology comprises hardware/software that does <u>not</u> require non-volatile storage of the cryptographic key in the integrated circuit in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 10** | |
| **10.** The method of claim 9 wherein determining the cryptographic key is further based on a second digital value. | The target technology performs the method according to **claim 9**, where determining the cryptographic key is further based on a second digital value.<br><br>*See, e.g.,* **claim 9 and claim elements 9.a.,** *supra*, which are incorporated by reference herein.<br><br>**Determining the cryptographic key is further based on a second digital value** (activation code): |

Page 45

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Error Correction**<br><br>Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created.<br><br>Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>Intrinsic ID White Paper<br><br>The target technology comprises hardware/software that determines the cryptographic key based on a second digital value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 11** | |
| **11.** The method of claim 10 further comprising determining the second digital value prior to determining the cryptographic key based on the first digital value, wherein the second digital value depends on circuit parameters that vary due to fabrication variations among like integrated circuits. | The target technology performs the method according to **claim 10**, further comprising determining the second digital value prior to determining the cryptographic key based on the first digital value, where the second digital value depends on circuit parameters that vary due to fabrication variations among like integrated circuits.<br><br>*See*, *e.g.*, **claims 9 and 10, and claim element 9.a**, *supra*, which are incorporated by reference herein.<br><br>Determining the second digital value prior to determining the cryptographic key based on the first digital value,<br><br>**Error Correction**<br><br>Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>…**wherein the second digital value depends on circuit parameters that vary due to fabrication variations among like integrated circuits**:<br><br>**Error Correction**<br><br>Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created.<br><br>Intrinsic ID White Paper |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  | The activation code is a second digital value that depends on circuit parameters that vary due to fabrication variations because the activation code is "created from a device-unique PUF response". <br><br> The target technology comprises hardware/software that determines the second digital value prior to determining the cryptographic key based on the first digital value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **12.** The method of claim 10 further comprising storing the second digital value in the integrated circuit. | The target technology performs the method according to **claim 10**, further comprising storing the second digital value in the integrated circuit. <br><br> *See, e.g.*, **claims 9 and 10, and claim element 9.a**, *supra*, which are incorporated by reference herein. <br><br> **Storing the second digital value in the integrated circuit**: <br><br> **Error Correction** <br><br> Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created. <br><br> Intrinsic ID White Paper |

Page 49

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | The activation code is a second digital value that is stored in on-chip memory in the integrated circuit, accessible by the PUF algorithms. While the QuiddiKey and BroadKey architecture permits the activation code to be stored in off-chip memory, typical implementation uses on-chip storage[1], the accused product stores the activation code on-chip.

The target technology comprises hardware/software stores the second digital value in the integrated circuit in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |

---

[1] *See* NXP "LPC55S00 Security Solutions for IoT", pg. 19 describing how activation code (AC) "must be stored in the Customer Field Programmable Area (CFPA) to allow subsequent booting to reproduce the PUF key" and Microsemi "Specify and Program Security Settings and Keys with SmartFusion2 and IGLOO2 FPGAs", p. 6 describing how "The Factory Activation Code and Key Code, and the User Activation Code and Key Codes (in "S" class devices), required for the working of the SRAM-PUF, are stored in the private section of the eNVM."