# EXHIBIT D

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

<u>**U.S. Patent No. 7,681,103**</u>

Target technology: Intrinsic ID's QuiddiKey SRAM PUF and BroadKey SRAM PUF

| Claim | Mapping to Target Technology |
|---|---|
| **[1.pre]** A method for repeatedly generating a device-specific value comprising: | To the extent the preamble is limiting, the target technology comprises a method to repeatedly generate a device-specific value.<br><br>Intrinsic ID (now Synopsys) makes, uses, sells, and/or offers for sale its QuiddiKey and BroadKey (SRAM PUF) products that repeatedly generate a device-specific value.<br><br>The target technology relies on Static Random Access Memory (SRAM) Physical unclonable function (PUF) technology that reads the state of an SRAM cell upon start up.  Each SRAM cell has random differences in threshold voltages resulting in a unique and random pattern of 0s and 1s for a collection of SRAM cells.<br><br><br><br>Intrinsic ID Fact Sheet |

Page 1

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| **[1.a]** in a first component of a device, generating a first digital value that is substantially dependent on fabrication variation among like devices, wherein the first digital value comprises a device-specific function of an input value inputted to a device; | The target technology performs the step of generating a first digital value that is substantially dependent on fabrication variation among like devices, wherein the first digital value comprises a device-specific function of an input value inputted to a device. <br><br> The **first digital value** (SRAM PUF response, R) is the output of the **first component** (portion of chip including SRAM PUF) of a device (chip including SRAM PUF). <br><br> <br> Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF |

Page 2

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | Synopsys White Paper: The Reliability of SRAM PUF<br><br>This first digital value is **substantially dependent on fabrication variation among like devices**.  This unique value is generated each time the SRAM PUF is powered on.<br><br><br><br>Intrinsic ID Fact Sheet<br><br>**Core Technology: SRAM PUF**<br>The SRAM PUF is based on the unique characteristics of unitialized static RAM. At power up, SRAM bits settle in the one or zero state in a non-deterministic way that not even the fabricator or designer can predict or duplicate. That is what makes a physical unclonable function, or PUF, which can be used as a unique "silicon fingerprint". |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  | "**When the SRAM is powered on [with an input value inputted to the device]** this randomness is expressed in the start-up values (0 or 1) of SRAM cells."<br><br>In order for the SRAM PUF to generate its unique value, it must be provided with an input signal or value that addresses the SRAM PUF and powers on the SRAM PUF.  This is the claimed "input value" that is applied to the SRAM PUF to generate the first digital value (initial PUF response, R).<br><br>The target technology comprises hardware/software that performs the generation of a first digital value that is substantially dependent on fabrication variation among like devices in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **[1.b]** computing redundancy information based on the first digital value; | The target technology performs the step of computing redundancy information based on the first digital value.<br><br><center>An SRAM PUF response is a noisy fingerprint, and turning it into a high-quality and secure key vault requires further processing. This is done with the Intrinsic ID IP. It reliably reconstructs the same cryptographic key under all environmental circumstances. This (PUF) key is never stored in NVM or OTP. When it is needed, it can be reliably reconstructed.</center><br><center>Intrinsic ID Fact Sheet</center> |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Error Correction**<br><br>Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created. |

Page 5

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF<br><br>Synopsys White Paper: The Reliability of SRAM PUF<br><br>The **redundancy information** is the helper data that is generated using the PUF Algorithm **based on the first digital value** (SRAM PUF response R) during enrollment of the SRAM PUF to ensure that the PUF response can be reliably reconstructed. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  | The target technology further performs the step computing redundancy information based on the first value. To compute the error correction value, the target technology processes the initial PUF response, "R" from the SRAM PUF, that is used to generate the PUF Key, to generate redundancy information (activation code). <br><br> The target technology comprises hardware/software that performs the computing of redundancy information based on the first digital value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **[1.c]** in the first component of the device, generating a subsequent digital value; and | The target technology performs the step of generating a subsequent digital value. <br><br> A **subsequent digital value** (subsequent SRAM PUF response) is generated in the first component of the device (chip including the SRAM PUF): |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|-------|------------------------------|
|       |  Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF <br> Synopsys White Paper: The Reliability of SRAM PUF |

Page 8

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | <br><br>Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>Each time the device runs an authentication protocol and needs the secret PUF key, a new noisy PUF measurement is carried out. Then the PUF key (without noise) is extracted from the AC and this new PUF response. This is called the reconstruction phase. The error correction algorithms have been designed to reconstruct the key with a typical error rate of less than $10^{-12}$.[3] Both enrollment and reconstruction phases are illustrated in Figure 2.<br><br>Intrinsic ID White Paper<br><br>The target technology comprises hardware/software that performs the computing of redundancy information based on the first digital value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **[1.d]** in a second component of the device, determining the first digital value | The target technology additionally performs the step of determining the first digital value from the subsequent digital value and the redundancy information. |

Page 9

Case 2:26-cv-00400-JRG    Document 1-4    Filed 05/15/26    Page 11 of 58 PageID #: 243

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| from the subsequent digital value and the redundancy information. | As described in **claim elements 1.a-c.**, *supra*, and incorporated by reference herein, the target technology generates the first digital value and the redundancy information in a first component.<br><br>In a **second component** of the device (PUF Algorithm that processes activation code and subsequent digital value), the **first digital value** (PUF response, R) is determined from the **subsequent digital value** (subsequent PUF response, R') and the **redundancy information** (helper data / activation code).<br><br>----> **Enrollment – one time**<br><br>SRAM PUF --R--> PUF Algorithm ----> Activation Code (AC)<br><br>——> **Key Reconstruction – in the field**<br><br>SRAM PUF --R'--> PUF Algorithm ——> PUF Key<br><br>Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>Each time the device runs an authentication protocol and needs the secret PUF key, a new noisy PUF measurement is carried out. Then the PUF key (without noise) is extracted from the AC and this new PUF response. This is called the reconstruction phase. The error correction algorithms have been designed to reconstruct the key with a typical error rate of less than $10^{-12}$. [3] Both enrollment and reconstruction phases are illustrated in Figure 2.<br><br>Intrinsic ID White Paper |

Page 10

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF<br><br>Synopsys White Paper: The Reliability of SRAM PUF<br><br>The target technology comprises hardware/software that performs the generation of the first digital value from the subsequent digital value and the redundancy information in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the |

Page 11

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 2** | |
| **2.** The method of claim 1 repeating the steps of generating the subsequent digital value and determining the first digital value without requiring storage of the first digital value between repetitions. | The target technology performs the method according to **claim 1** and additionally performs the step of generating the first digital value and determining of the first digital value without requiring storage of the first digital value between repetitions.<br><br>Keys that are derived from the SRAM PUF are not stored 'on the chip' but they are extracted 'from the chip,' only when they are needed. In this way they are only present in the chip during a very short time window. When the SRAM is not powered there is no key present on the chip, which makes the solution very secure.<br><br><div align="center">Intrinsic ID White Paper</div><br>The target technology comprises hardware/software that performs the generation of the first digital value and determining of the first digital value without requiring storage of the first digital value between repetitions in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 3** | |
| **3.** The method of claim 1 wherein the first digital value and the subsequent digital value are dependent on at least | The target technology performs the method according to **claim 1**, where the first digital value and the subsequent digital value are dependent on at least one or measurement error and environmental conditions of the device.<br><br>*See, e.g.*, **claim 1**, *supra*, which is incorporated by reference herein. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| one of measurement errors and environmental conditions of the device. | The noise of SRAM-based PUF responses has been exhaustively characterized and tested under a wide variety of circumstances and foundry processes. The SRAM PUF has been qualified for automotive, industrial, and military use in collaboration with customers and partners. During these qualification processes, millions of measurements have been performed at varying conditions: <br><br> - Temperatures ranging from -55°C to +150°C [-67°F to 300°F] <br> - Voltage variation +/-20% <br> - Humidity up to 80% <br> - EMC tests at 3V/m (EN55020 0.15–150 MHz and IEC 61000-4-3 80-1000MHz) <br><br> Under all these circumstances the average noise level of the SRAM-based PUF response was found to be <15%. Despite this amount of noise, it is possible to reconstruct a high-entropy device unique, and reliable key every time the SRAM is powered, by applying error-correction techniques such as 'helper data algorithms'[1] or 'fuzzy extractors'[2]. These algorithms perform two main functions that will be explained below: error correction and privacy amplification. <br><br> Intrinsic ID White Paper <br><br> The target technology comprises hardware/software where the output of the first component is dependent on at least one or measurement error and environmental conditions of the device in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 4** | |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| **4.** The method of claim 1 wherein the first component comprises a physically unknown function (PUF) component. | The target technology performs the method according to **claim 1** where the first component comprises a PUF component.<br><br>*See, e.g.,* **claim 1**, *supra*, which is incorporated by reference herein.<br><br>The target technology relies on SRAM PUF technology that reads the state of an SRAM cell upon start up. Each SRAM cell has random differences in threshold voltages resulting in a unique and random pattern of 0s and 1s for a collection of SRAM cells.<br><br><br><br>Intrinsic ID Fact Sheet<br><br>The target technology comprises a first component that comprises a PUF component in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 5** | |

Page 14

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| **5.** The method of claim 1 wherein the second component comprises error checking and correction (ECC) component. | The target technology performs the method according to **claim 1** where the second component comprises error checking and correction (ECC) component.<br><br>*See*, *e.g.*, **claim element 1.d**, *supra*, which is incorporated by reference herein.<br><br>The **error checking and correction (ECC) component** (PUF Algorithm) of the target technology performs error checking and correction to generate the first digital value (PUF Key) without noise or other loss.<br><br>An SRAM PUF response is a noisy fingerprint, and turning it into a high-quality and secure key vault requires further processing. This is done with the Intrinsic ID IP. It reliably reconstructs the same cryptographic key under all environmental circumstances. This (PUF) key is never stored in NVM or OTP. When it is needed, it can be reliably reconstructed.<br>Intrinsic ID Fact Sheet<br><br>**Error Correction**<br><br>Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created. |

Page 15

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>Each time the device runs an authentication protocol and needs the secret PUF key, a new noisy PUF measurement is carried out. Then the PUF key (without noise) is extracted from the AC and this new PUF response. This is called the reconstruction phase. The error correction algorithms have been designed to reconstruct the key with a typical error rate of less than $10^{-12}$. [3] Both enrollment and reconstruction phases are illustrated in Figure 2.<br><br><p align="center">Intrinsic ID White Paper</p><br><br>The target technology comprises a second component that comprises an error checking and correction (ECC) component in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 6** | |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| **6.** The method of claim 1 wherein the second component comprises a processor implementing an error correction procedure. | The target technology performs the method according to **claim 1** where the second component comprises a processor implementing an error correction procedure.<br><br>*See*, *e.g.*, **claim element 1.d**, *supra*, which is incorporated by reference herein.<br><br>A **processor** (CPU) implements an **error correction procedure** (PUF Algorithm using activation code (AC)) to generate the first digital value (PUF Key) without noise or other loss.<br><br><br><br>Screenshot from YouTube video: "SRAM PUF Provides an Unclonable Security Mechanism" by Intrinsic ID at 23:22. |

Page 17

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  | An SRAM PUF response is a noisy fingerprint, and turning it into a high-quality and secure key vault requires further processing. This is done with the Intrinsic ID IP. It reliably reconstructs the same cryptographic key under all environmental circumstances. This (PUF) key is never stored in NVM or OTP. When it is needed, it can be reliably reconstructed. <br><br> <u>Intrinsic ID Fact Sheet</u> <br><br> **Error Correction** <br><br> Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created. |

Page 18

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |

Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.

Each time the device runs an authentication protocol and needs the secret PUF key, a new noisy PUF measurement is carried out. Then the PUF key (without noise) is extracted from the AC and this new PUF response. This is called the reconstruction phase. The error correction algorithms have been designed to reconstruct the key with a typical error rate of less than $10^{-12}$. [3] Both enrollment and reconstruction phases are illustrated in Figure 2.

Intrinsic ID White Paper

The target technology comprises a second component that comprises a processor that performs an error correction procedure in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 7** | |
| **7.** The method of claim 1 wherein | The target technology performs the method according to **claim 1**, where the computing of the redundancy information is performed in the device. |

Page 19

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| computing the redundancy information is performed in the device. | *See*, *e.g.*, **claim element 1.b**, *supra*, which is incorporated by reference herein.<br><br>The **redundancy information** (activation code) is computed in the **device** (chip including SRAM PUF):<br><br>An SRAM PUF response is a noisy fingerprint, and turning it into a high-quality and secure key vault requires further processing. This is done with the Intrinsic ID IP. It reliably reconstructs the same cryptographic key under all environmental circumstances. This (PUF) key is never stored in NVM or OTP. When it is needed, it can be reliably reconstructed.<br><br>Intrinsic ID Fact Sheet<br><br>**Error Correction**<br><br>Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>Intrinsic ID White Paper<br><br>The target technology comprises hardware/software that performs the computing of the redundancy information in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |

| Claim 8 | |
|---|---|
| **8.** The method of claim 1 further comprising passing the redundancy information to the device. | The target technology performs the method according to **claim 1** and additionally passes the redundancy information to the device.<br><br>*See*, *e.g.*, **claim element 1.b**, *supra*, which is incorporated by reference herein.<br><br>**Redundancy information** (activation code) is generated and subsequently received by the device: |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Detailed Operation of Quiddikey**<br><br>During the key reconstruction phase, Quiddikey receives the Activation Code (AC) and reads the SRAM startup pattern. The AC includes helper data to enable Quiddikey to recreate the PUF key. It then receives a Key Code (KC), which is effectively an encrypted or wrapped user key. Quiddikey reconstructs the user key and provides this key to the host system.<br><br>Figure 2. Generation of an activation code during enrollment<br><br>AC and KC are non-sensitive i.e., they contain no information about the keys or the PUF itself and can be stored off-chip or remotely. The AC and the PUF key are established during the enrollment phase. This phase typically takes place only once, usually during device manufacturing, device testing or at first use. The KC is established during a key programming phase where Quiddikey-Flex converts the plain text user key into a wrapped key code.<br><br>Intrinsic ID / Synopys: Physically Unclonable Function (PUF) Solution for ARC EM Processors<br><br>The target technology comprises hardware/software that passes the redundancy information to the device in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Claim 9** |
| **[9.pre]** A method for repeatedly generating an unpredictable device-specific value comprising: | To the extent the preamble is limiting, the target technology comprises a method to repeatedly generate an unpredictable device-specific value. <br><br> Intrinsic ID (now Synopsys) makes, uses, sells, and/or offers for sale its QuiddiKey and BroadKey (SRAM PUF) products that repeatedly generate a device-specific value. <br><br> The target technology relies on Static Random Access Memory (SRAM) Physical unclonable function (PUF) technology that reads the state of an SRAM cell upon start up.  Each SRAM cell has random differences in threshold voltages resulting in a unique and random pattern of 0s and 1s for a collection of SRAM cells. <br><br> <br><br> Intrinsic ID Fact Sheet |
| **[9.a]** generating a first value as an output of a first component of the device, wherein the first value comprises | The target technology performs the step of generating a first value as an output of a first component of the device, where the first value includes a device-specific function of an input value inputted to the device. |

Page 23

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|-------|------------------------------|
| a device-specific function of an input value inputted to the device; and | <br><br>Intrinsic ID Fact Sheet<br><br>**Core Technology: SRAM PUF**<br>The SRAM PUF is based on the unique characteristics of unitialized static RAM. At power up, SRAM bits settle in the one or zero state in a non-deterministic way that not even the fabricator or designer can predict or duplicate. That is what makes a physical unclonable function, or PUF, which can be used as a unique "silicon fingerprint".<br><br>**"When the SRAM is powered on [with an input value inputted to the device]** this randomness is expressed in the start-up values (0 or 1) of SRAM cells."<br><br>The PUF response is the output of the SRAM PUF when powered on. This is the claimed "first value" that is "generated as an output of a first component." This unique value is generated each time the SRAM PUF is powered on. |

Page 24

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|-------|------------------------------|
| | In order for the SRAM PUF to generate its unique value, it must be provided with an input signal or value that addresses the SRAM PUF and powers on the SRAM PUF.  This is the claimed "input value" that is applied to the SRAM PUF to generate the PUF response.<br><br><br><br>Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF<br><br>Synopsys White Paper: The Reliability of SRAM PUF |

Page 25

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | The target technology comprises hardware/software that performs the generation of a first value as an output of a first component of the device in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **[9.b.]** computing an error correction value from the first value; and | The target technology performs the step of computing an error correction value from the first value.<br><br>An SRAM PUF response is a noisy fingerprint, and turning it into a high-quality and secure key vault requires further processing. This is done with the Intrinsic ID IP. It reliably reconstructs the same cryptographic key under all environmental circumstances. This (PUF) key is never stored in NVM or OTP. When it is needed, it can be reliably reconstructed.<br><br>Intrinsic ID Fact Sheet |

Page 26

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **Error Correction**<br><br>Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created. |

Page 27

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF<br><br>[Synopsys White Paper: The Reliability of SRAM PUF](#)<br><br>The error correction value is the helper data that is generated from the PUF response during enrollment of the SRAM PUF to ensure that the PUF response can be reliably reconstructed. |

Page 28

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | The target technology further performs the step computing an error correction value from the first value. To compute the error correction value, the target technology first processes the first value (the "initial PUF response 'R'") and then maps the first value onto an error correction value ("error-correcting code"). <br><br> The target technology comprises hardware/software that performs the computing of an error correction value from the first value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **[9.c.]** regenerating the first value from an output of the first component and the error correction value. | The target technology additionally performs the step of regenerating the first value from an output of the first component and the error correction value. <br><br> As described in **claim element 9.a.**, *supra*, and incorporated by reference herein, the target technology regenerates the **first value** (initial PUF response R) from the **output of the first component** (subsequent PUF response R') and the **error correction value** (helper data / activation code). <br><br> <br><br> Intrinsic ID Fact Sheet |

Page 29

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component. Each time the device runs an authentication protocol and needs the secret PUF key, a new noisy PUF measurement is carried out. Then the PUF key (without noise) is extracted from the AC and this new PUF response. This is called the reconstruction phase. The error correction algorithms have been designed to reconstruct the key with a typical error rate of less than $10^{-12}$. [3] Both enrollment and reconstruction phases are illustrated in Figure 2. Intrinsic ID White Paper |

Page 30

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|-------|------------------------------|
| |  Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF<br><br>Synopsys White Paper: The Reliability of SRAM PUF<br><br>The target technology comprises hardware/software that performs the regeneration of the first value from an output of the first component and the error correction value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 10** | |
| **10.** The method of claim 9 wherein the output of the first component is dependent on fabrication parameters that vary among like devices. | The target technology performs the method according to **claim 9**, where the output of the first component is dependent on fabrication parameters that vary among like devices. <br><br> *See, e.g.,* **claim 9 and claim element 9.a.,** *supra*, which are incorporated by reference herein. <br><br> <br><br> Intrinsic ID Fact Sheet |

Page 32

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | Due to deep submicron manufacturing process variations, every transistor in an integrated circuit (IC) has slightly different physical properties. These lead to small but measurable differences in terms of electronic properties such as transistor threshold voltages and gain factor. Since these process variations are not fully controllable during manufacturing, these physical device properties cannot be copied or cloned.<br><br>Threshold voltages are susceptible to environmental conditions such as temperature and voltage, so their values cannot be used directly as unique secret keys or identifiers.<br><br>The behavior of an SRAM cell, on the other hand, depends on the difference of the threshold voltages of its transistors. Even the smallest differences will be amplified and push the SRAM cell into one of two stable states. Its PUF behavior is therefore much more stable than the underlying threshold voltages, making it the most straightforward and most stable way to use the threshold voltages to build an identifier. |

Page 33

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | **SRAM PUF Behavior** An SRAM memory consists of a number of SRAM cells. Each SRAM cell consists of two cross-coupled inverters that each are built up by a p- and n-MOS transistor. When power is applied to an SRAM cell, its logical state is determined by the relation between the threshold voltages of the p-MOS transistors in the invertors. The transistor that starts conducting first determines the outcome, a logical '0' or '1'. It turns out that every SRAM cell has its own preferred state every time the SRAM is powered resulting from the random differences in the threshold voltages. This preference is independent from the preference of the neighboring cells and independent of the location of the cell on the chip or on the wafer. Hence an SRAM region yields a unique and random pattern of 0s and 1s. This pattern can be called an SRAM fingerprint since it is unique per SRAM and hence per chip. It can be used as a PUF. Intrinsic ID White Paper The target technology comprises hardware/software that generate an output of the first component that is dependent on fabrication parameters that vary among like devices in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 11** | |
| 11. The method of claim 10 wherein the output of the first component is | The target technology performs the method according to **claim 10**, where the output of the first component is dependent on at least one or measurement error and environmental conditions of the device. See, e.g., **claims 9 and 10, and claim element 9.a**, *supra*, which are incorporated by reference herein. |

Page 34

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| dependent on at least one or measurement error and environmental conditions of the device. | The noise of SRAM-based PUF responses has been exhaustively characterized and tested under a wide variety of circumstances and foundry processes. The SRAM PUF has been qualified for automotive, industrial, and military use in collaboration with customers and partners. During these qualification processes, millions of measurements have been performed at varying conditions:<br><br>- Temperatures ranging from -55°C to +150°C  [-67°F to 300°F]<br>- Voltage variation +/-20%<br>- Humidity up to 80%<br>- EMC tests at 3V/m (EN55020 0.15–150 MHz and IEC 61000-4-3 80-1000MHz)<br><br>Under all these circumstances the average noise level of the SRAM-based PUF response was found to be <15%. Despite this amount of noise, it is possible to reconstruct a high-entropy device unique, and reliable key every time the SRAM is powered, by applying error-correction techniques such as 'helper data algorithms'[1] or `fuzzy extractors'[2]. These algorithms perform two main functions that will be explained below: error correction and privacy amplification.<br><br>Intrinsic ID White Paper<br><br><br>The target technology comprises hardware/software where the output of the first component is dependent on at least one or measurement error and environmental conditions of the device in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| | **Claim 20** |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| **[20.pre]** A method for repeatedly generating a device-specific value comprising: | To the extent the preamble is limiting, the target technology comprises a method to repeatedly generate a device-specific value.<br><br>Intrinsic ID (now Synopsys) makes, uses, sells, and/or offers for sale its QuiddiKey and BroadKey (SRAM PUF) products that repeatedly generate a device-specific value.<br><br>The target technology relies on Static Random Access Memory (SRAM) Physical unclonable function (PUF) technology that reads the state of an SRAM cell upon start up. Each SRAM cell has random differences in threshold voltages resulting in a unique and random pattern of 0s and 1s for a collection of SRAM cells.<br><br><br><br>Intrinsic ID Fact Sheet |
| **[20.a]** in a first component of a device, generating using configurable logic circuitry a first digital value that is substantially | The target technology performs the step of generating, using configurable logic circuitry, a first digital value that is substantially dependent on fabrication variation among like devices.<br><br>The **first digital value** (SRAM PUF response, R) is generated, using **configurable logic circuitry** (FPGA in the chip), in the **first component** (portion of chip including SRAM PUF) of a **device** (chip including SRAM PUF). |

Page 36

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| dependent on fabrication variation among like devices; | **The SRAM-Based PUF**<br><br>Many different types of PUFs are known, but by far the most-widely deployed one is the SRAM-based PUF, which has demonstrated great reliability, scalability, and ease of use. The SRAM PUF is easy and flexible to implement in a way that scales over the many different technology nodes. It offers a mature and viable security component that has achieved widespread adoption in commercial products and can be found in devices ranging from tiny sensors and microcontrollers to high-performance FPGAs and secure elements where they protect financial transactions, user privacy, and military secrets.<br><br>**Use in the Field**<br><br>SRAM-based PUFs are commercially available from semiconductor companies. They are already deployed in a wide range of microcontrollers, FPGAs and smart card controllers. In other markets, software implementations[6] have enabled rapid deployment of this technology even as a retrofit solution. Intrinsic ID has partnered with leading semiconductor companies and developed solutions for protecting embedded systems, sensors, and controllers. More information about our SRAM PUF deployments can be found on our website: https://www.intrinsic-id.com.<br><br><div align="center">Intrinsic ID White Paper</div> |

Page 37

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF<br><br>Synopsys White Paper: The Reliability of SRAM PUF<br><br>This first digital value is **substantially dependent on fabrication variation among like devices**. This unique value is generated each time the SRAM PUF is powered on. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  |  |

[Intrinsic ID Fact Sheet]

"**When the SRAM is powered on [with an input value inputted to the device]** this randomness is expressed in the start-up values (0 or 1) of SRAM cells."

The target technology comprises hardware/software that performs the generation of a first digital value, using configurable logic circuitry, that is substantially dependent on fabrication variation among like devices in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to

Page 39

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **[20.b]** computing redundancy information based on the first digital value; | The target technology performs the step of computing redundancy information based on the first digital value.<br><br>An SRAM PUF response is a noisy fingerprint, and turning it into a high-quality and secure key vault requires further processing. This is done with the Intrinsic ID IP. It reliably reconstructs the same cryptographic key under all environmental circumstances. This (PUF) key is never stored in NVM or OTP. When it is needed, it can be reliably reconstructed.<br><br>Intrinsic ID Fact Sheet<br><br>**Error Correction**<br><br>Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF<br><br>[Synopsys White Paper: The Reliability of SRAM PUF](#)<br><br>The **redundancy information** is the helper data that is generated using the PUF Algorithm **based on the first digital value** (SRAM PUF response R) during enrollment of the SRAM PUF to ensure that the PUF response can be reliably reconstructed. |

Page 41

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | The target technology further performs the step computing redundancy information based on the first value. To compute the error correction value, the target technology processes the initial PUF response, "R" from the SRAM PUF to generate redundancy information (helper data). <br><br> The target technology comprises hardware/software that performs the computing of redundancy information based on the first digital value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **[20.c]** in the first component of the device, generating using the configurable logic circuitry a subsequent digital value; and | The target technology performs the step of generating, using the configurable logic circuitry, a subsequent digital value. <br><br> A **subsequent digital value** (subsequent SRAM PUF response, R') is generated in the first component of the device (configurable logic circuitry including the SRAM PUF): <br><br> <br><br> Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component. <br><br> Intrinsic ID White Paper |

Page 42

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF<br><br>[Synopsys White Paper: The Reliability of SRAM PUF](#)<br><br>The target technology comprises hardware/software that performs the computing of redundancy information based on the first digital value in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in |

Page 43

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **[20.d]** in a second component of the device, determining the first digital value from the subsequent digital value and the redundancy information. | The target technology additionally performs the step of determining the first digital value from the subsequent digital value and the redundancy information.<br><br>As described in **claim elements 20.a-c.**, *supra*, and incorporated by reference herein, the target technology generates the first digital value and the redundancy information in a first component.<br><br>In a **second component** of the device (PUF Algorithm that processes activation code and subsequent digital value), the **first digital value** (PUF response R) is determined from the **subsequent digital value** (subsequent PUF response, R') and the **redundancy information** (helper data / activation code). |

Page 44

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | <br><br>Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>Each time the device runs an authentication protocol and needs the secret PUF key, a new noisy PUF measurement is carried out. Then the PUF key (without noise) is extracted from the AC and this new PUF response. This is called the reconstruction phase. The error correction algorithms have been designed to reconstruct the key with a typical error rate of less than $10^{-12}$.[3] Both enrollment and reconstruction phases are illustrated in Figure 2.<br><br>Intrinsic ID White Paper |

Page 45

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | <br><br>Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF<br><br>Synopsys White Paper: The Reliability of SRAM PUF<br><br><br>The target technology comprises hardware/software that performs the generation of the first digital value from the subsequent digital value and the redundancy information in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the |

Page 46

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 22** | |
| **22.** The method of claim 20, wherein the configurable logic circuitry comprises an FPGA. | The target technology performs the method according to **claim 20** and additionally describes the configurable logic circuitry as comprising an FPGA.<br><br>As described in **claim element 20.a.**, *supra*, and incorporated by reference herein, the target technology uses configurable logic circuitry that comprises an FPGA.<br><br>The target technology comprises configurable logic circuitry that comprises an FPGA in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result. Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 23** | |
| **23.** The method of claim 20, wherein the first digital value comprises a device-specific function of an input value inputted to the device. | The target technology performs the method according to **claim 20**, where the first digital value comprises a device-specific function of an input value inputted to the device. |

Page 47

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  |

Intrinsic ID Fact Sheet

**Core Technology: SRAM PUF**

The SRAM PUF is based on the unique characteristics of unitialized static RAM. At power up, SRAM bits settle in the one or zero state in a non-deterministic way that not even the fabricator or designer can predict or duplicate. That is what makes a physical unclonable function, or PUF, which can be used as a unique "silicon fingerprint".

"**When the SRAM is powered on [with an input value inputted to the device]** this randomness is expressed in the start-up values (0 or 1) of SRAM cells."

The PUF Key is produced when the SRAM PUF is powered on. This is the claimed "first digital value" that is a unique value is generated each time the SRAM PUF is powered on.

Page 48

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | In order for the SRAM PUF to generate its unique value, it must be provided with an input signal or value that addresses the SRAM PUF and powers on the SRAM PUF.  This is the claimed "input value" that is applied to the SRAM PUF to generate the PUF Key.<br><br>The target technology comprises hardware/software that generates the first digital value as a device-specific function of an input value inputted to the device in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 24** | |
| **24.** The method of claim 20, wherein the first component comprises a physical unclonable function (PUF) component. | The target technology performs the method according to **claim 20** where the first component comprises a PUF component.<br><br>*See*, *e.g.*, **claim 1**, *supra*, which is incorporated by reference herein.<br><br>The target technology relies on SRAM PUF technology that reads the state of an SRAM cell upon start up.  Each SRAM cell has random differences in threshold voltages resulting in a unique and random pattern of 0s and 1s for a collection of SRAM cells. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | <br><br>Intrinsic ID Fact Sheet<br><br>The target technology comprises a first component that comprises a PUF component in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| **Claim 25** | |
| **25.** The method of claim 20, wherein the second component comprises an error checking and correction (ECC) component. | The target technology performs the method according to **claim 20** and where the second component comprises error checking and correction (ECC) component.<br><br>*See*, *e.g.*, **claim element 20.d**, *supra*, which is incorporated by reference herein.<br><br>The **error checking and correction (ECC) component** (PUF Algorithm) of the target technology performs error checking and correction to generate the first digital value (PUF Key) without noise or other loss. |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| | An SRAM PUF response is a noisy fingerprint, and turning it into a high-quality and secure key vault requires further processing. This is done with the Intrinsic ID IP. It reliably reconstructs the same cryptographic key under all environmental circumstances. This (PUF) key is never stored in NVM or OTP. When it is needed, it can be reliably reconstructed. <br><br> Intrinsic ID Fact Sheet <br><br> **Error Correction** <br><br> Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created. |

Page 51

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |
Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.

Each time the device runs an authentication protocol and needs the secret PUF key, a new noisy PUF measurement is carried out. Then the PUF key (without noise) is extracted from the AC and this new PUF response. This is called the reconstruction phase. The error correction algorithms have been designed to reconstruct the key with a typical error rate of less than $10^{-12}$.[3] Both enrollment and reconstruction phases are illustrated in Figure 2.

<u>Intrinsic ID White Paper</u>

The target technology comprises a second component that comprises an error checking and correction (ECC) component in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |
| | **Claim 26** |

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| **26.** The method of claim 20, wherein the second component comprises a processor implementing an error correction procedure. | The target technology performs the method according to **claim 20** and where the second component comprises a processor implementing an error correction procedure.<br><br>*See*, *e.g.*, **claim element 20.d**, *supra*, which is incorporated by reference herein.<br><br>A **processor** (CPU) implements an **error correction procedure** (PUF Algorithm using activation code (AC)) to generate the first digital value (PUF Key) without noise or other loss.<br><br><br><br>Screenshot from YouTube video: "SRAM PUF Provides an Unclonable Security Mechanism" by Intrinsic ID at 23:22. |

Page 53

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|-------|------------------------------|
|       | An SRAM PUF response is a noisy fingerprint, and turning it into a high-quality and secure key vault requires further processing. This is done with the Intrinsic ID IP. It reliably reconstructs the same cryptographic key under all environmental circumstances. This (PUF) key is never stored in NVM or OTP. When it is needed, it can be reliably reconstructed.<br><br>Intrinsic ID Fact Sheet<br><br>**Error Correction**<br><br>Error correction techniques for cryptographic key reconstruction require an enrollment phase and a reconstruction phase. In the enrollment phase (a one-time process) the PUF response is mapped onto a codeword of an error-correcting code. Information about the mapping is stored in an activation code (AC), sometimes called "helper data." The AC is constructed such that it does not reveal any information about the key. It should be stored in memory that is accessible by the PUF algorithms, but it can be stored off-chip as it is not sensitive. Any change to the AC, malicious or not, will prevent key reconstruction. Because the AC is created from a device-unique PUF response, the AC is only valid for the chip on which it was created. |

Page 54

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
| |  Figure 2: Enrollment and reconstruction phase for the generation of PUF keys. Note that R is the initial PUF response during enrollment while R' is a PUF response in the field with a noise component.<br><br>Each time the device runs an authentication protocol and needs the secret PUF key, a new noisy PUF measurement is carried out. Then the PUF key (without noise) is extracted from the AC and this new PUF response. This is called the reconstruction phase. The error correction algorithms have been designed to reconstruct the key with a typical error rate of less than $10^{-12}$. [3] Both enrollment and reconstruction phases are illustrated in Figure 2.<br><br><div align="center">Intrinsic ID White Paper</div> |

Page 55

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|-------|------------------------------|
| |  Figure 9: The enrollment phase (top) and the reconstruction phase (bottom) of an SRAM PUF<br><br>Synopsys White Paper: The Reliability of SRAM PUF<br><br>The target technology comprises a second component that comprises a processor that performs an error correction procedure in the manner described above, or at least using hardware/software that is substantially similar to and performs the same operations as the hardware/software described above, in substantially the |

Page 56

**ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

| Claim | Mapping to Target Technology |
|---|---|
|  | same way, to arrive at the same result.  Thus, to the extent this element is not literally infringed as indicated above, it is infringed under the doctrine of equivalents. |

Page 57